# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): Güivas Lorenzo, Heriberto

USDC-PR Bar Number: 217709

Email Address: guivasquinoneslaw@yahoo.com; guivas24@hotmail.com

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: Edwin Vargas, Angel V. Vargas, Antonio Vargas & Maria de los Angeles Vargas

   Defendant: United States Customs and Border Protection, Gilberto Velez, Jane Roe, the conjugal le

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3. Indicate the title and number of related cases (if any).

   NONE

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted: 12/8/11

rev. Dec. 2009

