AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Edwin Vargas, Angel Victor Vargas, Antonio Vargas and Maria de los Angeles Vargas-Vargas<br>*Plaintiff*<br><br>v.<br><br>United States Customs and Border Protectio,Gilberto Velez, Jane Roe,ABC Insurance,Jane Doe,John Doe<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 11-cv-02183-PG<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES CUSTOMS AND BORDER PROTECTION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: GÜIVAS & QUIÑONES LAW OFFICES, PSC
Heriberto Güivas Lorenzo, Esq.
HC 03 Box 39605 Aguada, Puerto Rico 00602
Tel. (787) 868-4920 Fax. (787) 868-4921

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

Date: 12/9/2011

JOSE L. ARROYO
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Edwin Vargas, Angel Victor Vargas, Antonio Vargas and Maria de los Angeles Vargas-Vargas<br>*Plaintiff*<br><br>v.<br><br>United States Customs and Border Protectio,Gilberto Velez, Jane Roe,ABC Insurance,Jane Doe,John Doe<br>*Defendant* | )<br>)<br>)<br>)   Civil Action No.  11-cv-02183-PG<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GILBERTO VELEZ

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GÜIVAS & QUIÑONES LAW OFFICES, PSC
Heriberto Güivas Lorenzo, Esq.
HC 03 Box 39605 Aguada, Puerto Rico 00602
Tel. (787) 868-4920 Fax. (787) 868-4921

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

JOSE L. ARROYO
Deputy Clerk

Date:  12/9/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Edwin Vargas, Angel Victor Vargas, Antonio Vargas and Maria de los Angeles Vargas-Vargas <br> *Plaintiff* <br> v. <br> United States Customs and Border Protectio, Gilberto Velez, Jane Roe, ABC Insurance, Jane Doe, John Doe <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 11-cv-02183-PG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE CONJUGAL LEGAL PARTNERSHIP CONSTITUTED BY GILBERTO VELEZ AND JANE ROE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GÜIVAS & QUIÑONES LAW OFFICES, PSC
Heriberto Güivas Lorenzo, Esq.
HC 03 Box 39605 Aguada, Puerto Rico 00602
Tel. (787) 868-4920 Fax. (787) 868-4921

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

Date: 12/9/2011

JOSE L. ARROYO
Deputy Clerk
*Signature of Clerk or Deputy Clerk*