IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EDWIN VARGAS-VARGAS; ANGEL VÍCTOR VARGAS-VARGAS; ANTONIO VARGAS-VARGAS; and MARÍA DE LOS ANGELES VARGAS-VARGAS**<br><br>    **Plaintiffs**<br><br>        v.<br><br>**UNITED STATES CUSTOMS AND BORDER PROTECTION; GILBERTO VELEZ-LORENZO, in his personal and official capacities, his wife JANE ROE, and the conjugal legal partnership constituted by them; ABC INSURANCE COMPANY; JANE DOE; JOHN DOE**<br><br>    **Defendants**. | CIVIL NO. 11-02183 (PG) |

**NOTICE OF APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, the United States of America (U.S. Customs and Border Protection), **without submitting to this Honorable Court's jurisdiction.**

      In San Juan, Puerto Rico, this 11th day of June, 2012.

      ROSA EMILIA RODRÍGUEZ VÉLEZ
United States Attorney

s/*Agnes I. Cordero*
AGNES I. CORDERO
Assistant U.S. Attorney
USDC-PR #126101
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel.: 787-766-5656/Fax:787-766-6219
Agnes.Cordero@usdoj.gov