IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDWIN VARGAS-VARGAS; ANGEL VICTOR VARGAS-VARGAS; ANTONIO VARGAS-VARGAS; and MARIA DE LOS ANGELES VARGAS-VARGAS<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; GILBERTO VELEZ-LORENZO, in his personal and official capacities, his wife JANE ROE, and the conjugal legal partnership constituted by them; ABC INSURANCE COMPANY; JANE DOE; JOHN DOE<br><br>Defendants | CIVIL NO. 11-02183 (PG) |

## CERTIFICATION OF SCOPE OF EMPLOYMENT

I, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico, acting pursuant to the provisions of 28 U.S.C. §2679 (d) (2), and by virtue of the authority vested in me by 28 C.F.R.§ 15.3, hereby certify that I have read the complaint in this action and all its attachments thereto. On the basis of the information available at this time with respect to the allegations contained therein, I find that pursuant to 28 U.S.C. § 2675(a), the individual co-defendant, Supervisory Border Patrol Agent, Gilberto Vélez (SBPA Vélez), was acting in his official capacity and within the scope of employment with the United States Customs and Border Protection at the time of the conduct alleged in the complaint.

In San Juan, Puerto Rico this 10th day of July, 2012.

ROSA EMILIA RODRÍGUEZ VÉLEZ
United States Attorney
District of Puerto Rico