IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN VARGAS VARGAS, et al.

    Plaintiffs,

        v.

UNITED STATES CUSTOMS AND BORDER
PROTECTION, et al.

    Defendant.

CIVIL NO. 11-2183-PG

## UNITED STATES' INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    COMES NOW the Defendant, United States of America (U.S. Customs and Border Protection, "CBP" or Federal Defendant"), without submitting to the jurisdiction of the Court, and through the undersigned attorneys, respectfully shows the Court as follows:

    1. This case is pending an unopposed dispositve motion filed by the Federal Defendants on July 11, 2012.

    2. As the Court may know through the news, due to a lapse of the annual budget appropriations by Congress, there is currently a lapse in funding in the federal agencies, and a government shutdown has occurred.

    3. In consequence, the United States Attorney's Office has been forced to furlough most of its employees, including the undersigned. The furlough is for an indefinite time, until further notice.

    4. Therefore, we have been instructed to request a stay in all proceedings until the furlough is over.

    WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the foregoing, to

_____

stay the case pending the full reopening of the federal government, and for such further relief as this Honorable Court may deem just and proper.

In San Juan, Puerto Rico, this 1st day of October, 2013.

I HEREBY CERTIFY: that on this same date, the foregoing document was filed with the Clerk of the Court using CM/ECF system and will send notification of such filing to all attorneys of record.

ROSA EMILIA RODRÍGUEZ VÉLEZ
United States Attorney

s/ **Agnes I. Cordero**
Agnes I. Cordero (USDC-PR 126101)
Assistant United States Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Telephone: (787)766-5656/Facsimile: (787) 766-6219
Agnes.Cordero@usdoj.gov