**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **EDWIN VARGAS-VARGAS, ET AL.,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**UNITED STATES CUSTOMS AND BORDER PROTECTION, ET AL.**<br><br>    Defendants. | CIV. NO. 11-2183 (PG) |

### JUDGMENT

WHEREFORE, in accordance with the Order of even date (Docket No. 14), the Court hereby **ORDERS and ADJUDGES** that the case be **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, January 3, 2014.

                                S/JUAN M. PEREZ-GIMENEZ
                                JUAN M. PEREZ-GIMENEZ
                                U.S. DISTRICT JUDGE